**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE AT
CHATTANOOGA**

| | | |
|---|---|---|
| **PATRICK CRAVEN, M.D.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **1:18-cv-0023-JRG-CHS** |
| | ) | **Jury Demand** |
| **STATE OF TENNESSEE;** | ) | |
| **MARIE WILLIAMS, COMMISSIONER,** | ) | |
| **TENNESSEE DEPARTMENT OF** | ) | |
| **MENTAL HEALTH AND SUBSTANCE** | ) | |
| **ABUSE; DR. TERRY HOLMES;** | ) | |
| **MEDICAL DIRECTOR, TENNESSEE** | ) | |
| **DEPARTMENT OF MENTAL HEALTH** | ) | |
| **AND SUBSTANCE ABUSE; and** | ) | |
| **DR. LYDIA HAREN, CLINICAL** | ) | |
| **DIRECTOR, MOCCASIN BEND** | ) | |
| **MENTAL HEALTH INSTITUTE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## JOINT MOTION TO REMOVE CASE FROM ACTIVE DOCKET

---

Plaintiff Patrick Craven, M.D. and Defendants State of Tennessee; Marie Williams, in her

official capacity as Commissioner of the Tennessee Department of Mental Health and Substance

Abuse Services; Dr. Terry Holmes, in his official capacity as Medical Director of the Tennessee

Department of Mental Health and Substance Abuse Services; and Dr. Lydia Haren, in her official

capacity as Clinical Director of the Moccasin Bend Mental Health Institute (collectively the

"Parties"), by and through their respective counsel, jointly move the Court to remove this matter

from the active trial docket and to place it on the inactive docket. As grounds for the Motion, the

Parties would show that: (a) they have agreed to recommend resolution of this litigation pursuant

to Tenn. Code Ann. § 20-13-103; (b) they wish to be relieved of the obligations of the trial docket

1

while the statutory review process is ongoing; and (c) they have agreed that Defendants should be excused from their May 31, 2019 responsive-pleading deadline because the statutory review process is underway.  The Parties will notify the Court at the conclusion of the statutory review process as to whether the proposed, non-trial resolution of this matter is authorized by the necessary state officials or whether this matter must be returned to the active trial docket.  For these reasons, the Parties respectfully request that the Court grant their Joint Motion to remove this action from the active trial docket throughout the pendency of the review process mandated by Tenn. Code Ann. § 20-13-103.

Respectfully submitted,

**HERBERT H. SLATERY III**
**ATTORNEY GENERAL AND REPORTER**

 *s/ Colleen E. Mallea*
Colleen E. Mallea, BPR #032238
Matthew D. Janssen, BPR #35451
Assistant Attorney General
Education and Employment Division
UBS Tower, 18th Floor
P.O. Box 20207
Nashville, TN  37202-0207
(615) 741-2472
colleen.mallea@ag.tn.gov
matthew.janssen@ag.tn.gov
*Attorneys for Defendants*

*s/ Brad Gilmore* (w/ permission by C. Mallea)
M. Bradley Gilmore, BPR #013804
bgilmore@plcslaw.com
**PARKER, LAWRENCE, CANTRELL & SMITH**
201 Fourth Avenue N., Suite 1700
Nashville, TN 37219
(615) 255-7500
(615) 242-1515 (fax)
*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2019, a copy of this **Joint Motion to Remove Case from Active Docket** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as follows:

M. Bradley Gilmore
Parker, Lawrence, Cantrell & Smith
201 Fourth Avenue North, Suite 1700
Nashville, TN 37219
bgilmore@plcslaw.com

Parties may access this filing through the Court's electronic filing system.