UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| PATRICK CRAVEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-CV-231 |
| | ) |
| STATE OF TENNESSEE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This Court previously granted the defendants' motion for additional time to respond to the plaintiff's amended complaint, establishing May 31, 2019 as the new deadline for defendants to respond, [Docket entry 20]. Thereafter, the parties jointly moved to remove this case to the inactive docket. The Court denied this joint request. The deadline for the defendants to respond to the plaintiff's amended complaint remained May 31, 2019. Subsequent to this Court's order denying the motion to remove this case to the inactive civil docket, the record has remained silent. As of the filing of this order, none of the defendants have filed any responsive pleading to the plaintiff's amended complaint.

Although the defendants have failed to timely answer the plaintiff's complaint, the plaintiff has not moved for clerk's entry of default against the non-responding defendants. Therefore, the plaintiff **SHALL** show cause on or before July 17, 2019 why this case should not be dismissed for failure to prosecute.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
